IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK HEFFLIN, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 11-734 |
| | ) |
| v. | ) |
| | ) U.S. District Judge Gary L. Lancaster |
| TRINITY AREA SCHOOL DISTRICT, | ) |
| THOMAS A. BODNOVICH and JOHN C. | ) |
| KEISLING, | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 7th day of November, 2011, upon consideration of Defendants' Motion to Withdraw Motion to Have Insurance Representative Attend Mediation by Telephone it is hereby **ORDERED** that said Motion is **GRANTED.**

It is further **ORDERED** that Defendants' Motion to Have Insurance Representative Attend Mediation by Telephone is withdrawn as moot.

BY THE COURT:

_____,C.J.