IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK HEFFLIN,** | Civil Division No. 2:11 – cv - 0734 |
| Plaintiff, | |
| v. | HONORABLE GARY L. LANCASTER |
| **TRINITY AREA SCHOOL DISTRICT, THOMAS A. BODNOVICH, and JOHN C. KEISLING,** | JURY TRIAL DEMANDED |
| Defendants. | |

### STIPULATION OF DISMISSAL

AND NOW, come all the parties, by and through their respective counsel, and hereby enter into stipulation that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

_s/ Dale J. Gregg_
Dale J. Gregg, Esquire
Attorney for Plaintiff

_s/ Scott G. Dunlop_
Scott G. Dunlop, Esquire
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

_s/ Edward B. Wood_
Edward B. Wood, Esquire
WOOD GROUP, P.C.
Attorney for Plaintiff

SO ORDERED, this 19th day of January, 2012.

_____, C.J.